**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 09-08098-PCT-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Lance Theodore Bruneau, ) | |
| Defendant. ) | |

The court has before it plaintiff's motion to stay all proceedings because of the partial government shutdown caused by the failure of Congress to fund the government. (Doc. 47). The docket indicates that the defendant was sentenced three years ago and this case is "closed". On September 16, 2013, the government filed an application for a writ of garnishment (doc. 40), and the writ was issued against AAF-McQuay, Inc. (doc. 43). On October 4, 2013, the defendant filed a motion for a hearing on the writ (doc. 44), and the matter was referred to Magistrate Judge Anderson under LRCiv 72.1(b).

The government put the machinery in motion. The garnishee and the defendant ought not be put in suspended animation just because Congress has failed to act. All the government has to do is to move to quash the writ and we will do so. In the alternative, it can process this case as an "essential" matter under the Anti Deficiency Act. But we will not stay the matter.

1  Accordingly, it is ORDERED DENYING the Motion for Stay (Doc. 47). This, of course,
2 is without prejudice to the right of the government to move to quash the writ it sought.
3  DATED this 15th day of October, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge