IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-09-08098-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Lance T. Bruneau, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The court has before it defendant's Motion for Hearing (doc. 44), the Report and Recommendation (doc. 52), and the defendant's Motion to reduce garnishment amount (doc. 58).

The government acknowledges that on October 17, 2013, it agreed with probation to accept a reduced amount. Response at 2 (doc. 59).  Yet it failed to notify the magistrate judge to whom the case was referred. It had an obligation to do so to avoid wasting scarce judicial resources. LRCiv. 40.2(d). Thus, on Oct. 23, 2013, the R&R was prepared and filed, which recommended 25% of earnings, and that defendant's motion for hearing be denied. (Doc. 52). On Nov. 4, 2013, a stipulation was filed in which the government agreed to accept 150.00 per month.

It is therefore ORDERED as follows:

1. Defendant's Motion for Hearing is DENIED. (Doc. 44).

1  2. The Report and Recommendation, as modified below, is ACCEPTED under Rule
2 72, Fed. R. Civ. P. (Doc. 52).

3  3. The stipulation to accept the reduced amount of 150.00 is accepted. (Doc. 55).

4  4. Defendant's Motion to reduce the amount is DENIED on grounds of mootness.
5 (Doc. 58).

6  5. Garnishee shall pay $150.00 per month from defendant's non-exempt earnings to
7 the United States until the debt is paid in full or until Garnishee no longer has possession of
8 non-exempt earnings. Checks should be made payable to the Clerk of the United States
9 District Court for the District of Arizona, 401 W. Washington Street, SPC-1, Phoenix, AZ
10 85003, Attn: Finance.

11  DATED this 9th day of December, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge

23 cc: Judge Anderson